IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INMAR BRAND SOLUTIONS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 23-994 (JFM) |
| | ) |
| QUOTIENT TECHNOLOGY INC., | ) |
| | ) |
| Defendant. | ) |

## STIPULATION AND ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the deadline for Defendant Quotient Technology Inc. to file a reply brief in support of its Motion to Dismiss (D.I. 9) is extended to January 24, 2024.

| | |
|---|---|
| ASHBY & GEDDES, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/ Andrew C. Mayo | /s/ Jennifer Ying |
| John G. Day (#2403) | Jack B. Blumenfeld (#1014) |
| Andrew C. Mayo (#5207) | Jennifer Ying (#5550) |
| 500 Delaware Avenue | 1201 North Market Street |
| P.O. Box 1150 | P.O. Box 1347 |
| Wilmington, DE 19899-1150 | Wilmington, DE 19899-1347 |
| (302) 654-1888 | (302) 658-9200 |
| jday@ashbygeddes.com | jblumenfeld@morrisnichols.com |
| amayo@ashbygeddes.com | jying@morrisnichols.com |
| *Attorneys for Plaintiff Inmar Brand Solutions, Inc.* | *Attorneys for Defendant Quotient Technology Inc.* |

January 8, 2024

SO ORDERED this __9th__ day of _____January_____, 2024.

_____
HONORABLE JOHN F. MURPHY
UNITED STATES DISTRICT JUDGE