IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **INMAR BRAND SOLUTIONS, INC.** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO.   23-994** |
| | : | |
| **QUOTIENT TECHNOLOGY INC.** | : | |

# ORDER

**AND NOW**, this 25th day of January 2024, upon considering defendant's motion to dismiss and accompanying brief (DI 9, 10), plaintiff's opposition (DI 18), and defendant's reply (DI 24), it is **ORDERED** we will hold oral argument on **March 20, 2024** at **10:00 A.M.** in **Courtroom 3B**, Third Floor, of our Philadelphia Courthouse located at 601 Market Street, Philadelphia, Pennsylvania 19106.

**MURPHY, J.**