IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INMAR BRAND SOLUTIONS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 23-994-JFM |
| | ) | |
| QUOTIENT TECHNOLOGY INC., | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT MOTION FOR CLAIM CONSTRUCTION**

Pursuant to the Court's June 4, 2024 Scheduling Order (D.I. 43, ¶ 10), Plaintiff Inmar Brand Solutions, Inc. and Defendant Quotient Technology Inc. (collectively, "Parties") jointly submit this Motion for Claim Construction and state as follows:

On February 24, 2025, the parties filed a joint claim construction brief (D.I. 105). On February 25, 2025, the Court issued an Order for a supplemental joint claim construction brief (D.I. 108). On March 12, 2025, the parties filed a supplemental joint claim construction brief (D.I. 117). The Parties respectfully request that the Court adopt their respective claim construction positions on the disputed terms set forth in the completed Joint Claim Construction Briefing. The parties also request three (3) hours to present argument during the March 18, 2025 claim construction hearing on their respective positions, with the time to be split evenly between the parties.

{02101501;v1 }

| | |
|---|---|
| ASHBY & GEDDES | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/ *Andrew C. Mayo* | /s/ *Jennifer Ying* |
| John G. Day (#2403)<br>Andrew C. Mayo (#5207)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>jday@ashbygeddes.com<br>amayo@ashbygeddes.com | Jack B. Blumenfeld (#1014)<br>Jennifer Ying (#5550)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>jying@morrisnichols.com |
| *Attorneys for Plaintiff*<br>*Inmar Solutions, Inc.* | *Attorneys for Defendant*<br>*Quotient Technology Inc.* |

SO ORDERED this _____ day of _____, 2025.

_____
United States District Judge