# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INMAR BRAND SOLUTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> QUOTIENT TECHNOLOGY INC. and CB NEPTUNE HOLDINGS INC., <br><br> Defendants. | C.A. No. 23-00994 (JFM) <br><br> **JURY TRIAL DEMANDED** |

## STIPULATED JOINT MOTION FOR DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)(2)

WHEREAS, Plaintiff, Inmar Brand Solutions, Inc. ("Inmar") and defendants Quotient Technology Inc., and CB Neptune Holdings Inc. ("Defendants") have entered into an agreement dated September 18, 2025.

WHEREAS, Inmar has agreed to dismiss *with prejudice* its claims, and WHEREAS Defendants have filed no counterclaims.

WHEREAS, the parties have agreed that each party shall bear their own attorneys' fees, costs, and expenses in connection with the case.

WHEREAS, pursuant to the Agreement, the parties have agreed that the Court should retain jurisdiction to enforce the financial terms set forth in Section 3 of the Agreement upon the dismissal of the case.

WHEREFORE, pursuant to Fed. R. Civ. P. 41(a)(2), the parties jointly move the Court to:

(a)     dismiss all of Inmar's claims in this case with prejudice, each party to bear its own costs, expenses, and attorneys' fees.

{02166442;v1 }

(b) retain jurisdiction to enforce the financial terms set forth in Section 3 of the Agreement upon the dismissal of the case.

| ASHBY & GEDDES | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Andrew C. Mayo* | */s/ Jennifer Ying* |
| John G. Day (#2403)<br>Andrew C. Mayo (#5207)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>jday@ashbygeddes.com<br>amayo@ashbygeddes.com | Jennifer Ying (#5550)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jying@morrisnichols.com |
| *Attorneys for Plaintiff*<br>*Inmar Solutions, Inc.* | *Attorneys for Defendants Quotient Technology Inc. and CP Neptune Holdings Inc.* |

The Court hereby GRANTS the parties' Joint Motion. It is ORDERED that all claims in this case are DISMISSED WITH PREJUDICE. Each party shall bear its own attorneys' fees and expenses. Upon dismissal of the case, the Court shall retain jurisdiction to enforce the financial terms of the Agreement under Section 3 thereof.

SIGNED this __22nd__ day of September, 2025.

_____
John Frank Murphy
UNITED STATES DISTRICT JUDGE

{02166442;v1 }